IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROGER SEEHAFER,

           Plaintiff,

v.

WEYERHAEUSER COMPANY and
OWENS-ILLINOIS, INC.,

           Defendants.

AMENDED
SCHEDULING ORDER

14-cv-161-wmc

---

At an August 13, 2014 telephonic motion hearing, the court reset the schedule in this case as follows:

1. Amendments to the Pleadings: By Leave of Court

2. Disclosure of Experts: Plaintiffs: January 30, 2015

    Defendants: March 2, 2015

3. Deadline for Filing Dispositive Motions: April 1, 2015

4. Discovery Cutoff: August 31, 2015

5. Rule 26(a)(3) Disclosures and all motions in limine: January 15, 2016

    Responses: January 29, 2016

6. Final Pretrial Conference: February 9, 2016 at 4:00 p.m.

7. Jury Selection Trial: Tuesday, February 16, 2016 at 9:00 a.m.

The parties estimate that this case will take five days to try.

Entered this 18th day of August, 2014.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge