IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JANICE SEEHAFER, Individually and as
Special Administrator on behalf of the
Estate of Roger Seehafer,       JUDGMENT IN A CIVIL CASE

    Plaintiff,     Case No. 14-cv-161-wmc

  v.

WEYERHAEUSER COMPANY,

    Defendant.

    This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Wayerhaeuser Company and dismissing this case.

    s/V. Olmo, Deputy Clerk      2/22/2016
    Peter Oppeneer, Clerk of Court      Date