IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

Janice Seehafer, Individually and as Special )
Administrator for the Estate of Roger )
Seehafer, Deceased, )
                                                  )
               Plaintiffs, )
                                                 )       Case No. 14-cv-161-wmc
     v. )
                                                 )
Owens-Illinois, Inc. )
Weyerhaeuser Company )
                                                 )
               Defendants. )
_____

**NOTICE OF APPEAL**
_____

      Plaintiff gives notice of appeal to the United States Court of Appeals for the Seventh Circuit from the following rulings relating to claims based on Owens-Illinois, Inc.'s licensing of a patent and claims against Weyerhaeuser Company:

- The August 22, 2014 order relating to claims against Owens-Illinois based on licensing of a patent and to claims against Weyerhaeuser. (ECF Doc #75 .)

- The November 4, 2014 order denying in part and granting in part Plaintiff's motion for reconsideration of the August 22, 2014 order. (ECF Doc #97.)

- The June 2, 2015 order, which granted in part and denied in part Weyerhaeuser's motion to dismiss. (ECF Doc # 168.)

- The text order entered on June 16, 2015 based on stipulation which dismissed with prejudice Plaintiff's claims against Owens-Illinois "based on a patent licensing theory (as a licensor of a fireproof door patent)" and other claims against Owens-Illinois. (ECF Doc # 176.)

1

- The July 21, 2015 order, which denied Plaintiff's motion to reconsider the June 2, 2015 order. (ECF Doc # 196.)

- The February 19, 2016 order, which granted Weyerhaeuser's motion for summary judgment. (ECF Doc # 352.)

- The February 22, 2016 Judgement entered in favor of Defendant Weyerhaeuser Company dismissing the case. (ECF Doc #353.)

- The May 5, 2016 order, which denied Plaintiff's motion to reconsider the February 19, 2016 order as to the remaining defendant. (ECF Doc # 365.)

Dated: June 6, 2016

*/s/ Robert G. McCoy*
Attorney for plaintiff

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
Telephone: (312) 944-0600
E-mail: bmccoy@cvlo.com

**Certificate of Service**

I hereby certify that on June 6, 2016, I caused the forgoing to be electronically filed with the United States District Court for the Northern District of Illinois using the CM/ECF system which will automatically send all necessary notifications of this filing to CM/ECF participants in this case.

Dated: June 6, 2016

  /s/ Robert G. McCoy_____
Attorney for Plaintiff

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
bmccoy@cvlo.com